UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

James Mullin, et al.
                    Plaintiff,

v.                                            Case No.: 3:16–cv–02609

Rolling Hills Hospital
                    Defendant,

**ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/11/2017 re [67].

                                                    Keith Throckmorton, Clerk
                                              s/ Greg Bowersock, Deputy Clerk